IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:20-cv-00639-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALL SEASONS HEALTHCARE, INC. a/k/a ALL SEASONS MEDICAL ASSOCIATES, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY MEDICAL SERVICES, | ) ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Upon consideration of the Application for Writ of Continuing Garnishment against the earnings of Defendant All Seasons Healthcare, Inc. filed by the United States of America,

IT IS HEREBY ORDERED that said Application is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the United States District Court for the District of South Carolina shall forthwith issue a Writ of Continuing Garnishment upon the judgment entered against Defendant All Seasons Healthcare, Inc. along with a Clerk's Notice of Post-Judgment Garnishment, Notice to Defendant on How to Claim Exemptions, and Request for a Hearing or Transfer Form.

**IT IS SO ORDERED.**

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

August 23, 2021
Columbia, South Carolina